# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CHRISTOPHER P. WANEY, SR., | ) Bankr. No. 23-22810 CMB |
| | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) Docket No. 37 |
| U.S. BANK, N.A., | ) Related to Docket No. |
| , | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) Claim No. 27 |
| | ) |
| CHRISTOPHER P. WANEY, SR., | ) |
| | ) |
| Respondent. | ) |

## DECLARATION OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

And Now, comes the Debtor, Christopher P. Waney, Sr., by and through his attorney, who respectfully represents the following:

1. On or about December 31, 2023, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of a Notice of Postpetition Mortgage Fees, Expenses, and Charges.

3. U.S. Bank, N.A. has filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges. Attorney's fees of **$225.00** were incurred on 1/16/2024 and Bankruptcy/Proof of claim fees in the amount of **$430.00** were incurred on 3/11/2024.

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly payment with the next distribution.

Respectfully submitted.

Date: 7/9/2024

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the 9th day of July, 2024, by electronic filing and U.S. Mail, first class, postage pre-paid, upon the following:

Ronda J. Winnecour, Esquire  
Chapter 13 Trustee  
cmecf@chapter13trusteewdpa.com

U.S. Bank, N.A.  
Attn: Mario J. Hanyon, Esquire  
wbecf@brockandscott.com

By: /s/ Rodney D. Shepherd  
    Rodney D. Shepherd  
    Attorney for the Debtor  
    PA I.D. No. 56914  
    rodsheph@cs.com  
    2403 Sidney Street  
    Suite 208  
    Pittsburgh, PA 15203  
    412 471-9670