# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 23-22810 CMB |
|    CHRISTOPHER P. WANEY, SR., | ) |
| | ) Chapter 13 |
|       Debtor. | ) |
| | ) Docket No. 39 |
| LAKEVIEW LOAN SERVICING, | ) Related to Docket No. 37 |
| | ) |
|       Movant, | ) Hearing Date & Time: |
| | ) |
|       vs. | ) Claim No. 13 |
| | ) |
| CHRISTOPHER P. WANEY, SR. AND RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | ) |
| | ) |
|       Respondens. | ) |

**DECLARATION OF MORTGAGE PAYMENT CHANGE**

And Now, comes the Debtor, Christopher P. Waney, Sr., by and through his attorney, who respectfully represents the following:

1. On or about December 31, 2023, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. Lakeview Loan Servicing filed a Notice of Mortgage Payment Change on 10/28/2024.

   a) The monthly mortgage payment of **$1,020.61** is being **increased** to **$1,088.56** effective **12/1/2024**.

3. In all other respects the Declaration that was filed shall remain the same.

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment according to the above referenced Notice of Mortgage Payment Change commencing with the next distribution in the effective amounts.

|  |  |
|---|---|
| Date: 10/28 /2024 | Respectfully submitted.<br>/s/ Rodney D. Shepherd<br>Rodney D. Shepherd, Esquire<br>Attorney for the Debtors<br>PA I.D. No. 56914<br>2403 Sidney Street<br>Suite 208<br>Pittsburgh, PA 15203<br>(412) 471-9670<br>rodsheph@cs.com |

## CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 30th day of October, 2024, by Electronic Filing, upon the following:

Ronda J. Winnecour, Esquire           Lakeview Loan Servicing
Chapter 13 Trustee                    Attn: Brett J. Lemon, Esq.
cmecf@chapter13trusteewdpa.com        bkgroup@kmllawgroup.com

                                      By: /s/ Rodney D. Shepherd
                                      Rodney D. Shepherd
                                      Attorney for the Debtor
                                      PA I.D. No. 56914
                                      rodsheph@cs.com
                                      2403 Sidney Street
                                      Suite 208
                                      Pittsburgh, PA 15203
                                      412 471-9670