**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/24/2025

IN RE:

CHRISTOPHER P. WANEY, SR.
1030 NORWOOD AVENUE
MCKEESPORT,  PA  15133
XXX-XX-1955          Debtor(s)

Case No.23-22810 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay  100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/24/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br> OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 1    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: ALLY FNCL/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA  19106 | Trustee Claim Number: 2    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **BROCK & SCOTT PLLC*** <br> 3825 FORRESTGATE DR <br> WINSTON SALEM, NC  27103 | Trustee Claim Number: 3    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF PA(*)** <br> LOAN ADJUSTMENT DEPT* <br> 4140 E STATE ST <br> HERMITAGE, PA  16148 | Trustee Claim Number: 4    INT %: 5.09% <br> Court Claim Number: 3 <br> CLAIM: 7,793.29 <br> COMMENT: $CL-PL@5.09%/PL | CRED DESC: VEHICLE <br> ACCOUNT NO.: 6538 |
| **LAKEVIEW LOAN SERVICING LLC** <br> C/O FLAGSTAR BANK FSB <br> ATTN BANKRUPTCY DEPT <br> 5151 CORPORATE DR <br> TROY, MI  48098-2639 | Trustee Claim Number: 5    INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 0.00 <br> COMMENT: PMT/DECL*DKT4LMT*BGN 1/24 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 4452 |
| **CITIBANK NA**** <br> 6716 GRADE LN BLDG 9 STE 910-PY DEPT <br> LOUISVILLE, KY  40213-3439 | Trustee Claim Number: 6    INT %: 0.00% <br> Court Claim Number: 24 <br> CLAIM: 1,933.65 <br> COMMENT: BBY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7392 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 7    INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 2,051.79 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6816 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 8    INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 875.44 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1193 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 9    INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 1,528.38 <br> COMMENT: WLMRT/SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5036 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC  29603-0587 | Trustee Claim Number: 10    INT %: 0.00% <br> Court Claim Number: 23 <br> CLAIM: 2,422.07 <br> COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6691 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number:11  INT %: 0.00% Court Claim Number:22 | CLAIM: 2,470.70 COMMENT: X5796/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7140 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT** PO BOX 2489 KIRKLAND, WA 98083-2489 | Trustee Claim Number:12  INT %: 0.00% Court Claim Number:20 | CLAIM: 2,229.62 COMMENT: KAY JWLR | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7283 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number:13  INT %: 0.00% Court Claim Number:21 | CLAIM: 1,141.92 COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0097 |
| **DISCOVER BANK(*)** PO BOX 3025 NEW ALBANY, OH 43054 | Trustee Claim Number:14  INT %: 0.00% Court Claim Number:5 | CLAIM: 10,299.88 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6520 |
| **DISCOVER PERSONAL LOANS**** PO BOX 6105 CAROL STREAM, IL 60197-6104 | Trustee Claim Number:15  INT %: 0.00% Court Claim Number:1 | CLAIM: 981.79 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4543 |
| **HUNTINGTON NATIONAL BANK(*)** 5555 CLEVELAND AVE - GW1N10 COLUMBUS, OH 43231 | Trustee Claim Number:16  INT %: 0.00% Court Claim Number:4 | CLAIM: 9,013.40 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9624 |
| **HUNTINGTON NATIONAL BANK(*)** 5555 CLEVELAND AVE - GW1N10 COLUMBUS, OH 43231 | Trustee Claim Number:17  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4066 |
| **MERRICK BANK** C/O RESURGENT CAPITAL SVCS** POB 10368 GREENVILLE, SC 29603-0368 | Trustee Claim Number:18  INT %: 0.00% Court Claim Number:9 | CLAIM: 972.02 COMMENT: X1902/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3761 |
| **US DEPARTMENT OF EDUCATION** C/O DEPARTMENT OF EDUCATION/MOHELA PO BOX 790233 ST LOUIS, MO 63179 | Trustee Claim Number:19  INT %: 8.00% Court Claim Number:28 | CLAIM: 2,741.22 COMMENT: TTL=$2902@8%~TTL60.84/MO*DK*GU BAR TIMELY | CRED DESC: UNSECURED  (S) ACCOUNT NO.: 1955 |
| **DEPARTMENT OF EDUCATION/MOHELA** 633 SPIRIT DR CHESTERFIELD, MO 63005 | Trustee Claim Number:20  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: CMBD @ CID 19*DK | CRED DESC: UNSECURED  (S) ACCOUNT NO.: 0001 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 3,675.48<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8494 |
| **PREMIER FINANCE CARD PROGRAM**<br>2351 N FOREST RD<br><br>GETZVILLE, NY 14068 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~FBT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2460 |
| **CITIBANK NA\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 975.44<br>COMMENT: SUNOCO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1410 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 1,445.47<br>COMMENT: AMZN/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3057 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 5,554.75<br>COMMENT: SYNCHRONY/LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6253 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 4,502.00<br>COMMENT: PPC/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9568 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 931.03<br>COMMENT: SAMS/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7925 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 3,566.56<br>COMMENT: SCORE RWRDS/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5880 |
| **CITIBANK NA\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 4,551.83<br>COMMENT: THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2214 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO CARD SERVICES<br>PO BOX 9210<br>DES MOINES, IA 50306 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 5,200.14<br>COMMENT: X9316/SCH*646595356 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5356 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR T MOB** PO BOX 248848 OKLAHOMA CITY, OK 73124-8848 | Trustee Claim Number: 31  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NO ADR/SCH G | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **DOMESTIC RELATIONS OBLIGATION** RECIPIENT | Trustee Claim Number: 32  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: N ID #284119 | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **ONE MAIN FINANCIAL GROUP LLC**\*\* C/O ONE MAIN FINANCIAL - BRIGHTWAY** PO BOX 981037 BOSTON, MA 02298 | Trustee Claim Number: 33  INT %: 0.00% Court Claim Number: 2 CLAIM: 2,157.55 COMMENT: NT/SCH*BRIGHTWAY | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2830 |
| **AMERICAN EXPRESS NATIONAL BANK** C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | Trustee Claim Number: 34  INT %: 0.00% Court Claim Number: 11 CLAIM: 1,227.52 COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2008 |
| **LAKEVIEW LOAN SERVICING LLC** C/O FLAGSTAR BANK FSB ATTN BANKRUPTCY DEPT 5151 CORPORATE DR TROY, MI 48098-2639 | Trustee Claim Number: 35  INT %: 0.00% Court Claim Number: 13 CLAIM: 218.65 COMMENT: $/CL-PL*THRU 12/23 | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 4452 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 36  INT %: 0.00% Court Claim Number: 17 CLAIM: 521.25 COMMENT: NT/SCH*SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9031 |
| **US BANK NA - TRUSTEE ET AL** C/O PHH MORTGAGE (*) PO BOX 24781 ATTN: SV 19 WEST PALM BEACH, FL 33416 | Trustee Claim Number: 37  INT %: 0.00% Court Claim Number: 27-3 CLAIM: 0.00 COMMENT: DIR/CONF*CL=33939.59*NT/SCH-PL*BGN 1/24*AMD*DK | CRED DESC: MORTGAGE REGULAR PAYMEN ACCOUNT NO.: 2627 |
| **US BANK NA - TRUSTEE ET AL** C/O PHH MORTGAGE (*) PO BOX 24781 ATTN: SV 19 WEST PALM BEACH, FL 33416 | Trustee Claim Number: 38  INT %: 0.00% Court Claim Number: 27-3 CLAIM: 655.00 COMMENT: PAY/DECLAR*NT/PL*ATTY FEES/PL RVW 1/16/24*POC FEES 3/11/24 | CRED DESC: POST PETITION FEE NOTICE ACCOUNT NO.: 2627 |