**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: CHRISTOPHER P. WANEY, SR., | ) Bankr. No. 23-22810 GLT |
| | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) Docket No. 53 |
| LAKEVIEW LOAN SERVICING, LLC., | ) Related to Docket No. |
| | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) Claim No. 13 |
| | ) |
| CHRISTOPHER P. WANEY, SR., | ) |
| | ) |
| Respondent. | ) |

**DECLARATION OF NOTICE OF MORTGAGE PAYMENT CHANGE**

And Now, comes the Debtor, Christopher P. Waney, Sr., by and through his attorney, who respectfully represents the following:

1. On or about December 31, 2023, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of a Notice of Mortgage Payment Change.

3. Lakeview Loan Servicing, LLC. has filed a Notice of Mortgage Payment Change on 9/23/2026 and an amended notice on 9/28/2026. The current monthly mortgage payment of **$1,138.08** is being **increased** to **$1,221.75** effective **11/1/2026**.

4. In all other respects the Declaration that was filed shall remain the same.

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly payment with the next distribution.

Respectfully submitted.

Date: 9/29/2026

/s/ Rodney D. Shepherd

Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670

rodsheph@cs.com

**CERTIFICATE OF SERVICE**

I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Notice of Mortgage Payment Change was served on the 29th day of September, 2026, by electronic filing, upon the following:

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Lakeview Loan Servicing, LLC.
Attn: Matthew Fissel, Esquire
bkgroup@kmllawgroup.com

By: /s/ Rodney D. Shepherd

Rodney D. Shepherd
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
412 471-9670